```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KBS PHARMACY, INC.              :       CIVIL ACTION
                                :
          v.                    :
                                :
JIGAR PATEL, et al.             :       NO. 21-1339
```

ORDER

AND NOW, this 9th day of June, 2021, for the reasons set forth in the foregoing memorandum, it is hereby ORDERED that:

    (1)  The motion of defendants for partial dismissal of plaintiff's complaint (Doc. #6) is GRANTED in part and DENIED in part;

    (2)  Count I of plaintiff's complaint is DISMISSED as to defendants Jigar Patel, Christine Crager, and BVM Enterprise, LLC d/b/a Smart Choice Pharmacy;

    (3)  Count II is DISMISSED as to all defendants;

    (4)  Count III is DISMISSED as to all defendants;

    (5)  Count VII is DISMISSED as to Jigar Patel and Christine Crager;

    (6)  Count VIII is DISMISSED as to all defendants;

    (7)  Count IX is DISMISSED as to all defendants;

    (8)  Count XII is DISMISSED as to all defendants;

(9) Count XIII for punitive damages, incorrectly pleaded as Count XI, is DISMISSED as to all defendants;

(10) The complaint is DISMISSED insofar as plaintiff seeks attorneys' fees for the remaining Counts I, IV, V, VII, X, and XI; and

(11) The motion for partial dismissal of the complaint is otherwise DENIED.

BY THE COURT:

/s/ Harvey Bartle III

_____
J.